AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ABELARNINO VENTURA <br><br> *Plaintiff(s)* <br> v. <br> EQUESTRIAN SPORT PRODUCTIONS LLC, a Florida Limited Liability Company, and MARK J. BELLISSIMO <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. <br><br> 9:20-cv-81273-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  EQUESTRIAN SPORT PRODUCTIONS LLC
c/o Registered Agent Mark J. Bellissimo
14440 Pierson Road
Wellington, FL 33414

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel Lustig
Robert C. Johnson
Pike & Lustig LLP
1209 N. Olive Ave.
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Aug 6, 2020

s/ C.Davis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ABELARNINO VENTURA <br><br> *Plaintiff(s)* <br> v. <br> EQUESTRIAN SPORT PRODUCTIONS LLC, a Florida Limited Liability Company, and MARK J. BELLISSIMO <br><br> *Defendant(s)* | Civil Action No. <br><br> 9:20-cv-81273-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MARK J. BELLISSIMO
 14440 Pierson Road
 Wellington, FL 33414

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel Lustig
 Robert C. Johnson
 Pike & Lustig LLP
 1209 N. Olive Ave.
 West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date:   Aug 6, 2020

**SUMMONS**

s/ C.Davis

Deputy Clerk
U.S. District Courts